*AO 88 (Rev. 11/91) Summons in a Civil Action*

**NIGHT BOX FILED**

# UNITED STATES DISTRICT COURT

FEB 2 2000

SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

**SUMMONS IN A CIVIL ACTION**

United States of America

v.

GERALD E. QUESNEL

Case Number: CO-06182 CIV-ZLOCH

MAGISTRATE JUDGE SELTZER

TO: *(Name and Address of Defendant)*

GERALD E. QUESNEL
7481 SW FIRST ST
MARGATE, FL 33068

**YOU ARE HEREBY SUMMONED** and required to serve upon plaintiff's attorney

Mary F. Dooley
Assistant United States Attorney
99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file an answer with the Clerk of the Court within a reasonable period of time after service.

CLARENCE MADDOX
CLERK OF THE COURT

2/2/00 DATE

*Martha Diaz* (signature)

BY DEPUTY CLERK