UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 00-~~15569~~-CIV-ZLOCH
6182

UNITED STATES OF AMERICA,
      Plaintiff,

v.

GERALD E. QUESNEL
      Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, United States of America, by and through its undersigned attorney, and dismisses this cause without prejudice as to the defendant GERALD E. QUESNEL, pursuant to Federal Rule of Civil Procedure 41 (a) (1) (i).

          Respectfully submitted,

          THOMAS E. SCOTT
          UNITED STATES ATTORNEY

By: MARY F. DOOLEY
    ASSISTANT U.S. ATTORNEY
    99 N.E. 4TH STREET, Suite 300
    Miami, FL 33132
    Tel No. (305) 961-9377
    Fax No. (305) 530-7195
    Florida Bar No. 112933

DATED 4/24/00

