AO 88 (Rev. 11-91) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

**SUMMONS IN A CIVIL ACTION**

**United States of America**

v.    Case Number:

**GERALD E. QUESNEL**

**CIV-ZLOCH**

MAGISTRATE JUDGE
SELTZER

**TO:** (Name and Address of Defendant)

**GERALD E. QUESNEL**
**7481 SW FIRST ST**
**MARGATE, FL 33068**

**YOU ARE HEREBY SUMMONED** to and required to serve upon plaintiff's attorney

Mary F. Dooley
Assistant United States Attorney
99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file an answer with the Clerk of the Court within a reasonable period of time after service.

**CLARENCE MADDOX**
**CLERK OF THE COURT**                    2/2/00    _DATE_

**BY DEPUTY CLERK**



Case No: 00-6182 CIV-ZLOCH

| TO BE SERVED | COURT |
|---|---|
| GERALD E. QUESNEL<br>7481 S.W. 1ST STREET MARGATE, FLORIDA | IN THE SUPREME COURT OF FLORIDA |

| STYLE | WRIT |
|---|---|
| UNITED STATES OF AMERICA<br>VS.<br>GERALD E. QUESNEL | SUMMONS IN A CIVIL ACTION |

| SERVED FOR | INFORMATION |
|---|---|
| MARY F. DOOLEY, AUSA<br>ASSISTANT U.S. ATTORNEY<br>99 N.E. 4th STREET, SUITE 300<br>MIAMI, FLORIDA, 33132 | Court Date:            Court Time:<br>Witness Fee:   $ 0.00<br>Document Type: ORIGINAL<br>Atty File # |

I received this process 05/03/00 at 3:05 PM and it was not served.

    GERALD E. QUESNEL
    3324 ORINACO
    MARGATE, FL.

**NO SERVICE: ()**
For the reason that diligent search and inquiry failed to find said GERALD E. QUESNEL in DADE COUNTY, FLORIDA

**OTHER RETURNS:**
3324 ORINACO
MARGATE, FL.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server/Sheriff Appointed in the circuit in which this defendant was served and have no interest in the above action persuant to F.S. 92.525(2).

I hereby certify that I am not a party to the above action, am over 18 years of age, that the above affidavit is true and correct, and that service was made in accordance with Rule 1.410(C) Florida R.C.P., and Rule 45 Federal R.C.P. and Rule 4(C), 50 U.S.C., and section 520 Et. Seq.

The foregoing instrument was acknowledged before me this 03 day of May, 2000 BY BARRY E. ROSS, who is personally known to me, or who was produced a D/L as identification and who DID take an oath.

PROCESS SERVER: BARRY E. ROSS (58)
CAPLAN, CAPLAN AND KAYE (305) 374-3426
CPS Number: 00757759-001

NOTARY PUBLIC OR PUBLIC OFFICER
AND TITLE OR RANK / CCN

BRENDA TAYLOR
My Commission # CC 815625
Expires March 8, 2003
1800-3 NOTARY Fla. Notary Service & Bonding Co.